Fill in this information to identify your case:

Debtor 1: **Ryan William Hawkes**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): **Suzann Margaret Hawkes**
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known): 19-00880

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ Ryan William Hawkes_____
Ryan William Hawkes
Signature of Debtor 1

Date 11/14/19

X _/s/ Suzann Margaret Hawkes_____
Suzann Margaret Hawkes
Signature of Debtor 2

Date 11/14/19

Official Form 106Dec                Declaration About an Individual Debtor's Schedules
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy