KIRK HOUSTON, ISB# 9055
SMITH + MALEK, PLLC
101 S. Capital Blvd, Suite 930
Boise, Idaho 83702
Telephone: (208) 473-7009
Fax: (208) 473-7661
kirk.houston@smithmalek.com

Attorneys for Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | |
|---|---|
| HAWKES, RYAN WILLIAM<br>HAWKES, SUZANN MARGARET<br><br>Debtors. | Case No. 19-00880-JDP<br>Chapter 7<br><br>**APPLICATION FOR AN ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL** |

**NOTICE OF APPLICATION FOR AN ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

COMES NOW the Chapter 7 Trustee, Ford Elsaesser, and hereby makes application to the court, pursuant to § 327 of the U.S. Bankruptcy Code and F.R.B.P. 2014 and L.B.R. 2014.1, to approve employment of Kirk J. Houston of the firm Smith + Malek, PLLC ("Counsel") as special

**APPLICATION FOR AN ORDER APPROVING
EMPLOYMENT OF SPECIAL COUNSEL - 1**

counsel, on the following terms and conditions set forth herein below. The Chapter 7 Trustee respectfully represents the following in support of his application:

1. <u>Bankruptcy Petition:</u> On 07/31/2019, the Debtors filed for relief under Chapter 7 of the U.S. Bankruptcy Code. The Chapter 7 Trustee, Noah G. Hillen, was appointed to administer the Hawkes Chapter 7 bankruptcy proceeding. Trustee Hillen filed a Resignation of Trustee on 8/29/20 as (see Dkt. 65).

2. <u>Appointment of Trustee:</u> The Chapter 7 Trustee, Ford Elsaesser, was appointed to administer the Hawkes Chapter 7 bankruptcy proceeding on 8/31/20 (see Dkt. 66).

<u>Employment of Special Counsel</u>: On 10/21/19 Trustee Hillen filed an application to employ Kirk J. Houston as special counsel to pursue the filing of an adversary case against DA Capital Investments, LLC to avoid a deed of trust on real property belonging to Debtors (see Dkt 32). On 3/20/20 an order was entered granting the employment of Kirk J. Houston as special counsel, (see Dkt 46).

3. <u>Compensation</u>: There will be no change in Mr. Houston's Compensation, as set forth in the contract entered into between the Trustee and Counsel and attached as **<u>Exhibit A</u>**.

4. <u>Necessity of Employment</u>: Mr. Houston has continued to work on behalf of the estate, and successor Trustee, J Ford Elsaesser, requires the assistance of an attorney for the estate to continue the pursuit of an adversary case against DA Capital Investments. Application requests the Order Approving Employment to be retroactive back to August 31, 2020, when present successor Trustee was appointed because there has been uninterrupted legal services by Mr. Houston.

5. <u>Reasons for Selection of Counsel</u>: The Trustee has determined that Counsel has the expertise, skill, and familiarity with the Action necessary to prosecute the Action. Mr. Houston (then at the law firm of White Peterson) was originally retained as counsel by the former Chapter

7 Trustee in this matter, Noah Hillen. Mr. Houston is familiar with the facts and circumstances of this matter and it is in the interest of economy for Trustee to select him and his firm yet again.

6. <u>Connections of Counsel to Parties in Interest</u>: To the best of the Trustee's knowledge, Counsel is a disinterested person, and does not hold an interest adverse to the bankruptcy estate with respect to the matter for which Counsel is to be employed. In addition, to the best of the Trustee's knowledge, Counsel does not have any connections with the Debtor, any creditor of the bankruptcy estate, any other party in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed in the office of the U.S. Trustee, except that Counsel represented Debtor in regard to the Action prior to the bankruptcy.

7. <u>Disinterested Person</u>: The Trustee has attempted to determine whether Counsel is a disinterested person within the meaning of 11 U.S.C. 101(14). Filed contemporaneously is a verified statement of Counsel supporting the Trustee's conclusion that Counsel is a disinterested person.

8. <u>Objections</u>: Objections to this Application must be filed with the U.S. Bankruptcy Court, 550 W. Fort Street, MSC 042, Boise, Idaho, 83724, and a copy served upon the Chapter 7 Trustee, P.O. Box 6538, Boise, Idaho, 83707, not later than 21 days from the date of service of this Application.

WHEREFORE, the Chapter 7 Trustee requests that he be authorized to employ Counsel to render the services described in this application with compensation to be paid as an administrative expense in such amounts as the court may hereafter determine are just and reasonable, and as the court may hereafter approve.

DATED: October 28, 2020                    SMITH + MALEK, PLLC

By: /s/ Kirk J. Houston /s/
Kirk J. Houston

**APPLICATION FOR AN ORDER APPROVING**
**EMPLOYMENT OF SPECIAL COUNSEL - 3**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of October, 2020, I filed the foregoing **APPLICATION FOR AN ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**U.S. Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Jeffrey P. Kaufman**
jeffrey@dbclarklaw.com

AND, I FURTHER CERTIFY that on such date I served the foregoing **APPLICATION FOR AN ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL** on the following nonCM/ECF Registered Participants by first class mail, postage prepaid:

| | |
|---|---|
| Ryan Hawkes<br>1450 E. Covey Run Court<br>Eagle, ID 83616 | Suzann Hawkes<br>2275 E. Shalimar Drive<br>Eagle, ID 83616 |

*/s/ Sarah Hudson /s/*_____
for SMITH + MALEK, PLLC

**APPLICATION FOR AN ORDER APPROVING**
**EMPLOYMENT OF SPECIAL COUNSEL - 4**