Holly Roark, ISB No. 7143
**ROARK LAW OFFICES**
950 Bannock St. Ste. 1100
Boise, ID 83702
Telephone: (208) 536-3638
Facsimile: (310) 553-2601
Email: holly@roarklawboise.com

*Counsel for Debtors*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 19-00880-JDP |
| RYAN WILLIAM HAWKES, and SUZANN MARGARET HAWKES, | Chapter 7 |
| Debtors. | |

> Notice of *Motion to Withdraw as Counsel for Joint Debtor Suzann Margaret Hawkes* and Opportunity to Object and for a Hearing
>
> No Objection. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of the date of service of this notice.
>
> If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> Objection. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> Hearing on Objection. The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

COMES NOW Counsel for Joint Debtor, Suzann Margaret Hawkes, hereby moves the Court for the entry of an order allowing Joint Debtor's counsel to withdraw as attorney of record for Joint Debtor.

**MOTION TO WITHDRAW AS COUNSEL FOR JOINT DEBTOR SUZANN MARGARET HAWKES - 1**

This Motion is made and based on the Declaration of Holly Roark filed herewith and upon the records and papers filed in the above-entitled action. A proposed Order approving this Motion is attached hereto.

March 17, 2021                                                    ROARK LAW OFFICES


                                              /s/    Holly Roark
                                                     Holly Roark (ISBN 7143)
                                                     Attorney for Debtors

**MOTION TO WITHDRAW AS COUNSEL FOR JOINT DEBTOR SUZANN MARGARET HAWKES - 2**

## **DECLARATION OF HOLLY ROARK**

I, Holly Roark, declare as follows,

1. I am the attorney for Debtor Ryan William Hawkes and Joint Debtor Suzann Margaret Hawkes, and am duly licensed to practice before this court. I have personal knowledge of the facts set forth herein and if called as a witness I could and would testify thereto truthfully and competently.

2. There are two pending adversary cases against Debtor Ryan William Hawkes, *Spring Creek Capital, LLC v. Ryan William Hawkes*, Case No. 19-06057-JDP and *Automotive Finance Corporation v. Ryan William Hawkes,* Case No. 19-06058-JDP. Joint Debtor Suzann Margaret Hawkes is not a defendant in those cases.

3. A conflict of interest has arisen which would prevent me from advocating for the interests of Mrs. Suzann Margaret Hawkes. Counsel will provide further information to the Court *in camera* if required in order to withdraw.

4. I believe my withdrawal would be appropriate under the Idaho Rules of Professional Conduct.

5. Furthermore, considering the posture of this case and that Mrs. Hawkes has already received her discharge on January 7, 2020, I do not believe that my withdrawal will prejudice Mrs. Hawkes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on March 17, 2021, at Boise, Idaho.

_____
Holly Roark

**MOTION TO WITHDRAW AS COUNSEL FOR JOINT DEBTOR SUZANN MARGARET HAWKES - 3**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 17, 2021, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- Joshua M O'Hare johare@foleyfreeman.com and Patrick John Geile pgeile@foleyfreeman.com on behalf of Spring Creek Capital, LLC
- Holly Roark holly@roarklawboise.com on behalf of Debtors
- J Ford Elsaesser, Chapter 7 Trustee feecf@eaidaho.com
- Kirk J. Houston, Counsel for Chapter 7 Trustee kirk.houston@smithmalek.com
- Brett R. Cahoon, Counsel for the U.S. Trustee ustp.region18.bs.ecf@usdoj.gov
- Luke Gordon on behalf of Plaintiff Automotive Finance Corporation luke@martellelaw.com, melody@martellelaw.com
- US Trustee ustp.region18.bs.ecf@usdoj.gov

      AND I FURTHER CERTIFY that on the same date above, I served the foregoing documents on the following non-CM/ECF Registered Participants in the manner indicated:

<u>JOINT DEBTOR</u>
Suzann Margaret Hawkes
10145 W Holt St.
Boise, ID 83704


      /s/ *Holly Roark*
_____
Holly Roark

**MOTION TO WITHDRAW AS COUNSEL FOR JOINT DEBTOR SUZANN MARGARET HAWKES - 4**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 19-00880-JDP |
| RYAN WILLIAM HAWKES, and<br>SUZANN MARGARET HAWKES,<br><br>Debtors. | Chapter 7 |

[PROPOSED]

**ORDER APPROVING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

THIS MATTER having come before the Court by way of the Motion to Withdraw as Counsel for Joint Debtor Suzann Margaret Hawkes filed by Holly Roark of Roark Law Offices, with notice of said motion and opportunity to object having been made in accordance with applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules; and the Court holding a hearing on the matter (or no party requesting a hearing), and no objection being filed or heard regarding such Motion, and good cause appearing,

IT IS HEREBY ORDERED that Holly Roark of Roark Law Offices is hereby permitted to withdraw as attorney of record for Joint Debtor Suzann Margaret Hawkes, pursuant to the provisions of LBR 9010.1(f).

IT IS FURTHER ORDERED that Joint Debtor Suzann Margaret Hawkes is to appear in person or appoint another attorney to appear, and to file a written notice with the court stating how Joint Debtor will be represented within twenty-one (21) days from the date of this Order. Mrs. Hawkes is advised that the failure to appear in person or through newly appointed counsel

within said twenty-one (21) day period shall be sufficient grounds for entry of default or dismissal of the action without further notice.

IT IS FURTHER ORDERED that no further proceedings that affect Joint Debtor's rights will be held within the aforementioned twenty-one (21) days.

//end of text//

Submitted by Holly Roark