Kirk J. Houston, ISB #9055
SMITH + MALEK, PLLC
101 S. Capitol Blvd., Suite 930
Boise, ID  83702
Telephone: (208) 473-4009
Facsimile: (208) 473-7661
Email: kirk.houston@smithmalek.com

Attorneys for Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>HAWKES, RYAN WILLIAM<br>HAWKES, SUZANN MARGARET<br><br>Debtors. | Case No. 19-00880-JDP<br>Chapter 7<br><br>**STATEMENT OF NON-OBJECTION TO MOTION FOR AN ORDER OF EXAMINATION DUCES TECUM OF CURTIS GRIEVE PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |

COMES NOW Chapter 7 Trustee, J. Ford Elsaesser ("Trustee"), by and through undersigned counsel, and states that no objections have been filed to the Motion for an Order of Examination Duces Tecum of Curtis Grieve Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (Docket No. 77) filed on March 11, 2021, within the 14 days of the date of service. Trustee hereby requests the Court approve the examination Duces Tecum of Curtis Grieve without further notice or hearing.

STATEMENT OF NON-OBJECTION TO MOTION FOR AN ORDER OF EXAMINATION DUCES TECUM OF CURTIS GRIEVE PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE - 1

DATED:  April 7, 2021.

SMITH + MALEK, PLLC

BY: /s/ Kirk Houston
KIRK HOUSTON
Attorneys for Chapter 7 Trustee

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of April, 2021, I filed the foregoing **STATEMENT OF NON-OBJECTION ON MOTION FOR AN ORDER OF EXAMINATION DUCES TECUM OF CURTIS GRIEVE PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**U.S. Trustee**
ustp.region18.bs.ecf@usdoj.gov

**J. Ford Elsaesser**
ford@eaidaho.com

**Holly Roark**
holly@roarklawboise.com
*Attorney for Debtors*

/s/Debbie Evenoff
Debbie Evenoff

STATEMENT OF NON-OBJECTION TO MOTION FOR AN ORDER OF EXAMINATION DUCES TECUM OF CURTIS GRIEVE PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE - 2