Kirk J. Houston, ISB #9055
SMITH + MALEK, PLLC
101 S Capitol Blvd, Ste. 930
Boise, Idaho 83702
P.  (208) 473-7009
F.  (208) 473-7661
E.  kirk.houston@smithmalek.com

Attorneys for Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In re: | ) | CASE NO. 19-00880-JDP |
|---|---|---|
| | ) | Chapter 7 |
| HAWKES, RYAN WILLIAM | ) | |
| HAWKES, SUZANN MARGARET | ) | MOTION FOR AN ORDER OF |
| | ) | EXAMINATION DUCES TECUM |
| | ) | OF RYAN HAWKES PURSUANT |
| Debtors. | ) | TO RULE 2004 OF THE FEDERAL |
| | ) | RULES OF BANKRUPTCY |
| | ) | PROCEDURE |
| | ) | |

> <u>Notice of Motion for Motion For an Order of Examination Duces Tecum of Curtis Grieve Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Opportunity to Object and for a Hearing</u>
>
> <u>No Objection</u>. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 14 days of the date of service of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> <u>Objection</u>. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> <u>Hearing on Objection</u>. The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

MOTION FOR AN ORDER OF EXAMINATION DUCES TECUM OF RYAN HAWKES PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE - 1

The Trustee, J. Ford Elsaesser ("Elsaesser" or "Trustee"), by and through his counsel of record, Kirk J. Houston of the firm of Smith + Malek, PLLC, respectfully requests the Court order an examination of Ryan Hawkes ("Hawkes") pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

1. On July 31, 2019, Ryan Hawkes and Suzann Hawkes ("Mr. Hawkes" and "Mrs. Hawkes," or collectively "Debtors") filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. *See* Dkt. 1 (Petition). Noah Hillen was initially appointed as the Chapter 7 Trustee. Elsaesser was appointed Chapter 7 Trustee on August 31, 2020 following Mr. Hillen's appointment to the bench. *See* Dkt 66 (Appointment of Successor Trustee).

2. Among the assets listed on Schedule A/B of the Petition is a single-family home with a street address of 1450 E Covey Run Court, Eagle, Idaho 83616 ("Eagle Residence"), which is described as community property. Petition, at Schedule A/B.

3. Schedule D of the Petition indicates that the Eagle Residence is collateral for loans made by Bank of America, DA Capital Investments LLC ("DA Capital"), and U.S. Bank. Petition, at Schedule D.

4. Specifically, the Eagle Residence may be encumbered by a deed of trust dated May 25, 2017 in favor of DA Capital ("Deed of Trust"). The Deed of Trust appears to have been signed by Mr. Hawkes and Mrs. Hawkes in their individual capacities, whose signatures were purportedly notarized by Curtis Grieve. Trustee desires to question Ryan Hawkes regarding this transaction through a Rule 2004 examination and others that may affect DA Capital's collateral interest in the Eagle Residence.

5.      Trustee requests that Mr. Hawkes be available to testify to those matters set forth above (and other matters that may arise in the context of the Rule 2004 exam) in the manner provided by Rule 7030 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Trustee requests that this Court order Ryan Hawkes to appear for examination by Trustee's counsel, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure. Oath will be administered to Ryan Hawkes by a notary public and testimony will be transcribed by a licensed court reporter at the offices of Smith + Malek, PLLC, 101 S Capitol Blvd, Ste. 930, Boise, Idaho 83702 on the 21st day of July, 2021 at 9:00 AM (or at some other mutually agreeable time and place) and continuing from day to day until completed. Trustee further requests that this Court order Curtis Grieve to produce the documents described on <u>Exhibit A</u>, attached hereto, which are in his possession for inspection and copying at said location on or before the 18th day of July, 2021.

DATED this 2nd day of July, 2021.

                                                      SMITH + MALEK, PLLC

By:_____
Kirk J. Houston
*Attorneys for Trustee*

MOTION FOR AN ORDER OF EXAMINATION DUCES TECUM OF RYAN HAWKES PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE - 3

The name, address, email address, and telephone number of the attorney representing Trustee J. Ford Elsaesser, who issues or requests this subpoena, is:

Kirk J. Houston
SMITH + MALEK, PLLC
101 S. Capitol Blvd, Ste. 930
Boise, Idaho 83702
Telephone:    (208) 473-7009
kirk.houston@smithmalek.com

MOTION FOR AN ORDER OF EXAMINATION DUCES TECUM OF RYAN HAWKES PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE - 4

## CERTIFICATE OF SERVICE

  I hereby certify that on this 2nd day of July, 2020, I served the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Holly Roark  
Roark Law Offices  
950 Bannock Street, Ste. 1100  
Boise, Idaho  83702  
 *Attorney for Debtors*

**EMAIL:**  
*holly@roarklawboise.com*

Noah G. Hillen  
P.O. Box 6538  
Boise, Idaho  83707  
 *Chapter 7 Trustee*

**EMAIL:**  
*ngh@hillenlaw.com*

U.S. Trustee  
Washington Group Central Plaza  
720 Park Blvd., Ste. 220  
Boise, Idaho  83712

**EMAIL:**  
*ustp.region18.bs.ecf@usdoj.com*

Laura Burri  
Morrow & Fischer, PLLC  
332 N Broadmore Way, Ste 102  
Nampa, Idaho 83687

**EMAIL:**  
*lburri@morrowfischer.com*

                 _/s/_____  
                 Kirk J. Houston  
                 for SMITH + MALEK, PLLC

**EXHIBIT A**

**To Motion for an Order of Examination Duces Tecum of Curtis Grieve
Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure**

Please produce, no later than three days prior to the Rule 2004 Examination referenced in the Motion, the following documents:

1. Calendars, logs, diaries, journals (whether physical, electronic, or stored on any electronic devices), and posts to social media reflecting any meetings or appointments you attended, or were scheduled to attend, from May 18, 2017 to June 1, 2017.
2. Any and all written correspondence sent or received by you between January 1, 2017 and December 31, 2017 concerning any loans made by Dougals Brasher or DA Capital Investments, LLC to any of: Ryan Hawkes, Suzann Hawkes, C.A.R.S. Enterprises, Inc.
3. Any and all written correspondence sent or received by you concerning that certain Deed of Trust, Assignment of Lease and Rents, Security Agreement, and Fixture Filing dated May 25, 2017, a true and copy of which is attached hereto as <u>Schedule 3</u> for your reference.

Schedule 3 to Exhibit A

See Attached